ORIGINAL

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OWEN W. TULLOS
Special Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
Telephone No. 449-1737, Ext. 232
Facsimile No. 448-0999
E-mail: owen.tullos@hickam.af.mil

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAR 03 2004

at 10 o'clock and 01 min. A.M.
WALTER A.Y.H. CHINN, CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    vs.<br><br>ANTHONY J. HERNANDEZ,<br><br>    Defendant. | CR. NO. 02-00536<br><br>Order for Dismissal |

ORDER FOR DISMISSAL

The United States hereby notices the ANTHONY J. HERNANDEZ's successful completion of the pretrial diversion program. Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of the court endorsed hereon, the United States Attorney for the district of Hawaii hereby dismisses, with prejudice, the Charge of the

information against ANTHONY J. HERNANDEZ, the defendant.

DATED: Honolulu, Hawaii, MARCH 3, 2004.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Assistant U.S. Attorney

OWEN W. TULLOS
Special Asst. U.S. Attorney

APPROVED AND SO ORDERED:

3-3-04
DATE

UNITED STATES MAGISTRATE JUDGE

U.S. v. HERNANDEZ
Order for Dismissal
18 U.S.C. § 641